IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 17-01782-BKT |
| IVELISSE RIVERA PADILLA | CHAPTER 13 |
| Debtor(s) | |

**MOTION FOR CONTINUANCE OR IMPOSITION OF THE AUTOMATIC STAY
PURSUANT TO § 362(c)(3)(B)**

TO THE HONORABLE COURT:

NOW COMES debtor(s) through the undersigned attorney and very respectfully prays and alleges:

1. The present petition for relief under Chapter 13 of the Bankruptcy Code was filed on March 15, 2017.

2. Debtor's previous bankruptcy petition, case number 16-1079-BKT, was dismissed on December 15, 2016. Please see docket 31.

3. In view of the fact that Section 362 (c) (3) limits Section 362(a) in the present case the Automatic Stay should extended due to the following:

4. Said case(s) was dismissed due to the following excusable circumstances:

Debtor fell in arrears due to loss of income because she was a solo practitioner, which depleted her funds to make payments.

5. At present Debtor(s) income comes from employment that is steady and she can comply with the new payment plan.

6. The present case has been filed in good faith and the circumstances which caused the previous dismissal do not exist at present. Debtor(s)' financial situation has stabilized and she is in a much better position to comply with the present case's proposed plan.

7. Furthermore, if the present case is dismissed or the Automatic Stay under Section 362 of the Bankruptcy Code is not extended for the life of the plan, debtor(s) will suffer irreparable harm,

loss and damages since he will not be able to protect her motor vehicle.

**WHEREFORE,** it is respectfully requested that this Honorable Court takes notice of the aforementioned and allow Debtor to continue with the present case with the Automatic Stay extended to all creditors for the life of the plan with any other appropriate relief.

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this March 16, 2017.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants, and through U.S Mail, first class postage prepaid, to all creditors in the attached mailing matrix.

**EMG DESPACHO LEGAL, CRL**
Edificio La Electrónica
Suite 201-A, Calle Bori 1608
San Juan, Puerto Rico 00927
Tel: (787) 753-0055
Fax: (787) 767-5015
e-mail: lcdomangual@gmail.com

**By: /s/*Edgardo Mangual González***
EDGARDO MANGUAL GONZÁLEZ
USDC No. 223113

**By: /s/*José L. Jiménez Quiñones***
JOSE L. JIMENEZ QUINONES
USDC No. 203808

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 17-01782-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Thu Mar 16 15:59:43 AST 2017 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AES LOAN SERVICES<br>1200 NORTH 7 ST<br>HARRISBURG, PA 17102-1419 |
| AUTO CASH<br>PO BOX 368001<br>SAN JUAN, PR 00936-8800 | AUTO COLLECTION REPOSESSIONS INC<br>PO BOX 820<br>Moca, PR 00676-0820 | AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>APARTADO 42007<br>San Juan, PR 00940-2007 |
| AUTORIDAD DE ENERGIA ELECTRICA<br>P.O. BOX 363508<br>SAN JUAN, PR 00936-3508 | BPPR<br>P.O. BOX 362708<br>SAN JUAN, PR 00936-2708 | CARLOS JUAN RALAT AVILES<br>CUMBRES DE MIRADERO<br>593 CALLE 2<br>Mayaguez, PR 00680 |
| COOP A/C AGUADA<br>PO BOX 543<br>AGUADA, PR 00602-0543 | (p)MOCA COOP<br>PO BOX 1855<br>MOCA PR 00676-1855 | Consejo De Titulares COND DANZA DEL SOL<br>20400 JOYUDA APARTADO ADM<br>CABO ROJO, PR 00623 |
| DEPARTAMENTO DEL TRABAJO<br>SPECIAL PROCEDURE UNIT<br>505 MU OZ RIVERA PISO 12<br>SAN JUAN, PR 00918-3352 | DEPARTMENT OF TREASURY - PT<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | DTOP<br>AUT DE CARRETERAS Y TRANSPORTACION<br>PO BOX 11889<br>SAN JUAN, PR 00922-1889 |
| DTOP<br>Y OBRAS PUBLICAS<br>PO BOX 11889<br>SAN JUAN, PR 00922-1889 | Empresas Berrios<br>PO BOX 674<br>CIDRA, PR 00739-0674 | GILMARIE COLON RALAT<br>7313 CALLE RAMON POWER<br>EDIF FULLANA APT 2B<br>Ponce, PR 00717-1505 |
| INTERNAL REVENUE SERVICES<br>2970 MARKET STREET<br>MAIL STOP 5 Q-30.133<br>PHILADELPHIA, PA 19104-5002 | IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JOSE BRITO<br>REGENCY PARK APT 18B<br>Guaynabo, PR 00969 |
| Liberty Cablevision<br>PO BOX 192296<br>SAN JUAN, PR 00919-2296 | NATIONAL COLLEGIATE TRUST<br>NCO FINANCIAL SYSTEMS, INC.<br>PO BOX 4941<br>TRENTON, NJ 08650-4941 | PEREZ LAW OFFICE<br>PO BOX 3313<br>MAYAGUEZ, PR 00681-3313 |
| RELIABLE FIN.<br>P.O. BOX 21382<br>SAN JUAN, PR 00928-1382 | SALLIE MAE<br>LOAN SERVICING CENTER<br>PO BOX 9500<br>WILKES BARRE, PA 18773-9500 | US DEPARTMENT OF EDUCATION<br>PO BOX 16448<br>Saint Paul, MN 55116-0448 |
| EDGARDO MANGUAL GONZALEZ<br>EMG DESPACHO LEGAL, CRL.<br>EDIFICIO LA ELECTRONICA<br>SUITE 201-A, CALLE BORI 1608<br>SAN JUAN, PR 00927-6112 | IVELISSE RIVERA PADILLA<br>381 AVE FELISA RINCON DE GAUTIER<br>COND PASEO MONTE, APTO. 802<br>SAN JUAN, PR 00926 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |

```
MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
COOP A/C MOCA                      End of Label Matrix
PO BOX 1855                        Mailable recipients    30
MOCA, PR 00676                     Bypassed recipients     0
                                   Total                  30
```