### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO 17-01782-BKT |
|---|---|
| IVELISSE RIVERA PADILLA | CHAPTER 13 |

### MOTION SUBMITTING AMENDED PLAN

**TO THE HONORABLE COURT:**

Come now Debtor, represented by the undersigned attorney, and very respectfully avers and prays as follows:

1. On March 15, 2017, the debtor filed a Chapter 13 Plan under the provisions of the Bankruptcy Code.

2. The undersigned herein submits an amended Chapter 13 plan dated May 4, 2017.

3. A proposed amended plan dated May 4, 2017 is attached hereto. Under the modified plan the Debtor(s) would:

- TO DELETE DISPOSITION TO INSURANCE TO AUTO CASH
- TO PROVIDE TREATMENT TO GENERAL UNSECURED CLAIMS

**WHEREFORE** applicant prays from this Honorable Court to take notice of the aforementioned information and grant any appropriate relief.

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted

unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this May 4, 2017.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants. Furthermore, I certify that notification to all non CM/ECF participants of record are being notified by first class mail.

**EMG Despacho Legal, C.R.L.**
Edificio La Electrónica
Suite 201-A, Calle Bori 1608
San Juan, Puerto Rico 00927
Tel: (787) 753-0055
e-mail: lcdomangual@gmail.com

**By: /s/*Edgardo Mangual González*** 
EDGARDO MANGUAL GONZÁLEZ
USDC No. 223113


**By: /s/*José L. Jiménez Quiñones***
JOSE L. JIMENEZ QUINONES
USDC No. 203808
e-mail: lcdojosejimenez@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| IN RE: | IVELISSE RIVERA PADILLA | BK. CASE # | 17-01782-BKT |
|---|---|---|---|
| | DEBTOR(S) | | CHAPTER 13 |

## CHAPTER 13 PAYMENT PLAN

**NOTICE:** • The following plan contains provisions which may significantly affect your rights. You should read this document carefully and discuss it with your attorney. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the Court and served upon the debtor(s), debtors' counsel, the Trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than fourteen (14) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within twenty one (21) days from its notification. • **This plan does not allow claims.** Any party entitled to receive disbursements from the Trustee must file a proof of claim. The Trustee will pay the allowed claims, as filed, provided for in the plan, unless disallowed or expressly modified by the Court and / or the terms of the plan. If no claim is filed, the Trustee will not pay a creditor provided for in the plan, unless ordered by the Court. If the Trustee is to make POST-PETITION REGULAR MONTHLY PAYMENTS to any Secured obligation, then a proof of claim must be filed including the following information: account number, address, due date and regular monthly payment. Secured creditor must notify any change in the monthly payment, at least twenty one (21) days prior to the effective date of new payment. Those post-petition monthly payments will not exceed the life of the plan. • See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate in the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee:
   [✓] directly [ ] by payroll deductions, as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

**PLAN DATED:** _____ [✓] **AMENDED PLAN DATED:** May 4, 2017
[✓] PRE [ ] POST-CONFIRMATION    FILED BY [✓] DEBTOR [ ] TRUSTEE [ ] UNSECURED CREDITOR

### I. PAYMENT PLAN SCHEDULE

| $ | 1,200.00 | x | 60 | = $ | 72,000.00 |
| $ | 0.00 | x | 0 | = $ | 0.00 |
| $ | 0.00 | x | 0 | = $ | 0.00 |
| $ | 0.00 | x | 0 | = $ | 0.00 |
| $ | 0.00 | x | 0 | = $ | 0.00 |
| | TOTAL = | | 60 | $ | 72,000.00 |

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from
[ ] Sale of property identified as follows: _____
[ ] Other: _____

Periodic Payments to be made other than and in addition to the above.
$ _____ x _____ = $ _____
To be made on: _____

**PROPOSED PLAN BASE:** $ 72,000.00

### II. ATTORNEY'S FEES

To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

a. Rule 2016(b) Statement: $ 3,000.00
b. Fees Paid (Pre-Petition): ($ 690.00 )
c. R 2016 Outstanding balance: ($ 2,310.00 )
d. Post Petition Additional Fees: $ _____
e. Total Compensation: $ _____

Signed: /s/ IVELISSE RIVERA PADILLA
DEBTOR
_____ JOINT DEBTOR

### III. DISBURSEMENT SCHEDULE SEQUENCE

**A. SECURED CLAIMS:** [ ] Debtor represents that there are no secured claims.
[✓] Secured creditors will retain their liens and shall be paid as follows:
[✓] **ADEQUATE PROTECTION** Payments: Cr. **AUTO CASH*** $ 200.00
[ ] Trustee will pay secured **ARREARS**:
Cr. _____ Cr. _____ Cr. _____
Acct. _____ Acct. _____ Acct. _____
$ _____ $ _____ $ _____

[ ] Trustee will pay REGULAR MONTHLY PAYMENTS:
(please refer to the above related notice, for important information about this provision)
Cr. _____ Cr. _____ Cr. _____
Acct. _____ Acct. _____ Acct. _____
Monthly Pymt.$ _____ Monthly Pymt.$ _____ Monthly Pymt.$ _____

[✓] Trustee will pay **IN FULL** Secured Claims:
Cr. **AUTO CASH**   Cr. **COOP AGUADA**   Cr. _____
$ 8,006.16   $ 29,243.10   $ _____

[ ] Trustee will pay **VALUE OF COLLATERAL**:
Cr. _____ Cr. _____ Cr. _____
$. _____ $. _____ $. _____

[ ] Secured Creditor's interest will be insured. **INSURANCE POLICY** will be paid through plan:
Cr. _____ Ins. Co. _____ Premium: $ _____
**(Please indicate in "Other Provisions" the insurance coverage period)**

[✓] Debtor SURRENDERS COLLATERAL TO Lien Holder: **COOP A/C MOCA**
[ ] Debtor will maintain REGULAR PAYMENTS DIRECTLY to: _____

**B. PRIORITIES.** The Trustee will pay §507 priorities in accordance with the law [§1322 (a)(2)].
[✓] **DEPARTMENT OF TREASURY - PT, IRS**

**C. UNSECURED PREFERRED:** Plan [ ] Classifies [✓] Does not Classify claims
[ ] Class A: [ ] Co-debtor Claims: [ ] Pay 100%/ [ ] "Pay Ahead"
[ ] Class B: [ ] Other Class:
Cr. _____ Cr. _____ Cr. _____
$ _____ $ _____ $ _____

**D. GENERAL UNSECURED NOT PREFERRED:** (Case Liquidation Value = $ 0.00 )
[ ] Will be paid 100% plus % Legal Interest. [✓] Will be paid Pro-Rata from any remaining funds

**OTHER PROVISIONS:**

* For additional other provisions, please see attachment sheet(s).

ATTORNEY FOR DEBTOR: /s/ Lcdo. Edgardo Mangual Gonzalez    Phone: 787-753-0055

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: **IVELISSE RIVERA PADILLA**

DEBTOR(S)

BK. CASE # **17-01782-BKT**

CHAPTER 13

### Chapter 13 Plan Continuation Sheet

**Additional Other Provisions:**
In addition to the above-stated, creditors exist to whom adequate protection payments must be paid:
Creditor **COOP A/C AGUADA** will receive $**200.00** in adequate protection.

Other provisions:
**ATTORNEY'S FEES TO BE PAID FIRST**

**ANY POST PETITION INCOME TAX REFUNDS THAT THE DEBTOR(S) WOULD BE ENTITLED TO RECEIVE DURING THE TERM OF THE PLAN WILL BE USED TO FUND THIS PLAN. AFTER ITS CONFIRMATION, AND WITHOUT FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASED, IN AN AMOUNT EQUAL TO THE AMOUNT OF EACH INCOME TAX REFUNDS.**

**ADEQUATE PROTECTION PAYMENT TO COOP A/C DE AGUADA IN THE AMOUNT OF $200. UNTIL CONFIRMATION OF THE PLAN. INSURANCE TO BE PROVIDED AT MATURITY DATE (DEC.2017) TO COOP A/C DE AGUADA BY EASTERN AMERICAN UNIVERSAL INSURANCE THROUGH THE PLAN BY TRUSTEE.**

**ADEQUATE PROTECTION PAYMENT TO AUTO CASH IN THE AMOUNT OF $200. UNTIL CONFIRMATION OF THE PLAN.**

**EXECUTORY CONTRACT ASSUMED:**     **CARLA M. CARRILLO TORRES**

**EXECUTORY CONTRACTS REJECTED:**     **CONSEJO DE TITULARES COND DANZA DEL SOL**
**JOHANA PEREZ Y/O JOSE BRITO**
**MANUEL SANTIAGO PEREZ**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 17-01782-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Thu Mar 16 15:59:43 AST 2017 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AES LOAN SERVICES<br>1200 NORTH 7 ST<br>HARRISBURG, PA 17102-1419 |
| AUTO CASH<br>PO BOX 368001<br>SAN JUAN, PR 00936-8800 | AUTO COLLECTION REPOSESSIONS INC<br>PO BOX 820<br>Moca, PR 00676-0820 | AUTORIDAD DE CARRETERAS Y TRANSPORTACION<br>APARTADO 42007<br>San Juan, PR 00940-2007 |
| AUTORIDAD DE ENERGIA ELECTRICA<br>P.O. BOX 363508<br>SAN JUAN, PR 00936-3508 | BPPR<br>P.O. BOX 362708<br>SAN JUAN, PR 00936-2708 | CARLOS JUAN RALAT AVILES<br>CUMBRES DE MIRADERO<br>593 CALLE 2<br>Mayaguez, PR 00680 |
| COOP A/C AGUADA<br>PO BOX 543<br>AGUADA, PR 00602-0543 | (p)MOCA COOP<br>PO BOX 1855<br>MOCA PR 00676-1855 | Consejo De Titulares COND DANZA DEL SOL<br>20400 JOYUDA APARTADO ADM<br>CABO ROJO, PR 00623 |
| DEPARTAMENTO DEL TRABAJO<br>SPECIAL PROCEDURE UNIT<br>505 MU OZ RIVERA PISO 12<br>SAN JUAN, PR 00918-3352 | DEPARTMENT OF TREASURY - PT<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | DTOP<br>AUT DE CARRETERAS Y TRANSPORTACION<br>PO BOX 11889<br>SAN JUAN, PR 00922-1889 |
| DTOP<br>Y OBRAS PUBLICAS<br>PO BOX 11889<br>SAN JUAN, PR 00922-1889 | Empresas Berrios<br>PO BOX 674<br>CIDRA, PR 00739-0674 | GILMARIE COLON RALAT<br>7313 CALLE RAMON POWER<br>EDIF FULLANA APT 2B<br>Ponce, PR 00717-1505 |
| INTERNAL REVENUE SERVICES<br>2970 MARKET STREET<br>MAIL STOP 5 Q-30.133<br>PHILADELPHIA, PA 19104-5002 | IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JOSE BRITO<br>REGENCY PARK APT 18B<br>Guaynabo, PR 00969 |
| Liberty Cablevision<br>PO BOX 192296<br>SAN JUAN, PR 00919-2296 | NATIONAL COLLEGIATE TRUST<br>NCO FINANCIAL SYSTEMS, INC.<br>PO BOX 4941<br>TRENTON, NJ 08650-4941 | PEREZ LAW OFFICE<br>PO BOX 3313<br>MAYAGUEZ, PR 00681-3313 |
| RELIABLE FIN.<br>P.O. BOX 21382<br>SAN JUAN, PR 00928-1382 | SALLIE MAE<br>LOAN SERVICING CENTER<br>PO BOX 9500<br>WILKES BARRE, PA 18773-9500 | US DEPARTMENT OF EDUCATION<br>PO BOX 16448<br>Saint Paul, MN 55116-0448 |
| EDGARDO MANGUAL GONZALEZ<br>EMG DESPACHO LEGAL, CRL.<br>EDIFICIO LA ELECTRONICA<br>SUITE 201-A, CALLE BORI 1608<br>SAN JUAN, PR 00927-6112 | IVELISSE RIVERA PADILLA<br>381 AVE FELISA RINCON DE GAUTIER<br>COND PASEO MONTE, APTO. 802<br>SAN JUAN, PR 00926 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |

```
MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
COOP A/C MOCA                    End of Label Matrix
PO BOX 1855                      Mailable recipients   30
MOCA, PR 00676                   Bypassed recipients    0
                                 Total                 30
```